# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

CLARENCE A. BOWLING,

       **Plaintiff,**

v.                                Case No:   **5:15-cv-328-Oc-18PRL**

COMMISSIONER OF SOCIAL
SECURITY,

       **Defendant.**

_____

# ORDER

    This cause comes for consideration on Plaintiff Clarence A. Bowling's Motion for Leave to Proceed In Forma Pauperis (Doc. 2).   The Court referred that motion to United States Magistrate Judge Philip R. Lammens for a report and recommendation (Doc. 7).   Bowling did not file an objection to Judge Lammens' Report and Recommendation.   Having reviewed the Report and Recommendation, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Philip R. Lammens' Report and Recommendation (Doc. 7) is **APPROVED** and **ADOPTED**.

2. Plaintiff Clarence A. Bowling's Motion to Proceed In Forma Pauperis (Docs. 2) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on this _30_ day of July, 2015.

                                        _____
                                      G. KENDALL SHARP
                                      SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties