UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**CLARENCE A. BOWLING,**

    **Plaintiff,**

**v.**                                                        **Case No: 5:15-cv-328-Oc-PRL**

**COMMISSIONER OF SOCIAL SECURITY**

    **Defendant.**

## ORDER

This consent case is before the Court on Plaintiff's unopposed motion to dismiss his suit with prejudice. (Doc. 24). Accordingly, this action is **DISMISSED** with prejudice, each party to bear its own fees and costs. The clerk is directed to close the case.

**DONE** and **ORDERED** in Ocala, Florida on June 15, 2016.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties